IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-BK-30213<br>CHAPTER 7 |
| | : | Judge:   Humphrey |

_____

| | | |
|---|---|---|
| | : | ADVERSARY CASE NO. 18-03022 |
| WILLIAM FANSLOW | : | |
|    Plaintiff | : | |
|    v. | : | |
| JOHN BLAINE STONER | : | |
|    Defendant | : | |

_____

**ANSWER OF JOHN BLAINE STONER TO COMPLAINT TO PIERCE CORPRATE VEIL AND TO DETERMINE DISCHARGEABILITY OF DEBT PER 11 USC SECTION 523(a)(2)(A), 11 USC SECTION 523(a)(4) and 11USC SECTION 523(a)(6)**

Now comes Defendant/Debtor, JOHN BLAINE STONER, by and through his Attorney, and for his Answer to the Complaint filed by Plaintiff, William Fanslow, alleges as follows:

**FIRST DEFENSE**

1. Defendant admits the allegations contained in paragraphs 1, 3, and 4, of Plaintiff's Complaint.

2. Defendant specifically denies the allegations contained in paragraphs 5, 6, 7, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, and 55, of Plaintiff's Complaint.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 11, 29 and 30 of Plaintiff's Complaint and therefore denies the same.

5. Defendant admits that Blaine Builders, LLC is an Ohio limited liability company authorized in the state of Ohio and that the LLC, per the Secretary of State's website was organized on February 12, 2016, but denies the remaining allegations contained in paragraph 2 of Plaintiff's Complaint.

4. Defendant admits that Site and Pipe, LLC performed excavation services on the real estate, but denies the remaining allegations contained in paragraph 8 of Plaintiff's Complaint.

5. Defendant denies the remaining allegations contained in Plaintiff's Complaint not specifically addressed herein.

**SECOND DEFENSE**

6. Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

**THIRD DEFENSE**

7. Defendant reserves the right to assert additional defenses based upon further investigation or discovery.

**FOURTH DEFENSE**

6. There has been a failure to join necessary and indispensible parties.

**FIFTH DEFENSE**

7. Defendant asserts lack of jurisdiction as a defense to determine any issue regarding

the corporate veil.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that this Court enter judgment (a) demands that Plaintiff's Complaint be dismissed at Plaintiff's costs and directing the immediate entry of a discharge in Defendant's Bankruptcy Case; (b) awarding to the Defendant costs, expenses and reasonable attorneys' fees; and (c) granting to the Defendant such other and further relief as is just and appropriate.

LAGOS & LAGOS, P.L.L.

/s/ Samuel J. Petroff
By: SAMUEL J. PETROFF (0014983)
ATTORNEYS for Defendant/debtor
John Blaine Stoner
5057 Troy Road
Springfield, Ohio 45502
(937) 323-5555

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of May, 2018, a true and correct copy of the foregoing, ANSWER was served on the following ECF participants, **electronically** through the Court's ECF system at the email address registered with the Court:

| | |
|---|---|
| Asst US Trustee (Day) | TPRegion09.CB.ECF@usdoj.gov |
| Roger E. Luring Attorney for Plaintiff | rluring@millerluring.com |

LAGOS & LAGOS, P.L.L.

/s/ Samuel J. Petroff
SAMUEL J. PETROFF (0014983)
