This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.



Guy R. Humphrey
United States Bankruptcy Judge

Dated: August 20, 2019

_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

In re:   JOHN BLAINE STONER

*Debtor*

Case No.   18-30213
Adv. No.   18-3022

WILLIAM FANSLOW,

*Plaintiff*

v.

JOHN BLAINE STONER,

*Defendant*

Judge Humphrey
Chapter 7

**Order Denying Plaintiff's Motion for Summary Judgment**

In accordance with the court's concurrently filed Decision Denying Plaintiff's Motion for Summary Judgment, Plaintiff William Fanslow's *Motion for Summary Judgment on Plaintiff's Complaint to Pierce the Corporate Veil and Summary Judgment to Determine Dischargeability of Debt Per 11 USC § 523(a)(2)(A)* (doc. 23) is **denied**.

**IT IS SO ORDERED.**

Copies to:

Roger E. Luring , electronically served
    (Counsel for the Plaintiff)

Samuel J. Petroff, electronically served
    (Counsel for the Defendant)