**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO.   18-30213** |
| | **CHAPTER 13** |
| **JOHN BLAINE STONER** | **JUDGE: HUMPHREY** |
| **Debtor** | |
| **WILLIAM FANSLOW** | **ADV. CASE NO.: 18-03022** |
| **Plaintiff** | **SUPPLEMENTAL** |
| vs. | **NOTICE OF EXHIBITS TO BE** |
| | **OFFERED BY  PLAINTIFF,** |
| **JOHN BLAINE STONER** | **WILLIAM FANSLOW** |
| **Defendant** | |

Now comes William Fanslow, Plaintiff, and says that he filed a Notice of Exhibits (1-10) herein on July 17, 2019. Plaintiff hereby supplement his Notice of Exhibits with the following:

Contract/Construction Agreement

11.   Text message from John Stoner to William Fanslow dated December 18, 2017.

12.   Pay stubs from Blaine Builder's Inc. to Matthew Taylor.

13.   Email message from John Stoner to William Fanslow dated October 25, 2017.

14.   Email message from John Stoner to William Fanslow dated November 06, 2017.

15.   2017 1040 Joint Tax Return of John B. Stoner and Lisa R. Stoner.

16.   2017 MidUSA Credit Union bank statements for Blaine Builder's Inc

**Respectfully submitted,**

**/s/ Roger E. Luring**
**Roger E. Luring, #0010834**
**Miller, Luring, Venters & Wesner Co., LPA**
**314 West Main Street, Troy, OH 45373**
**Phone: (937) 339-2627/Fax: (937) 339-5444**
**Email: rluring@millerluring.com**

**CERTIFICATE OF SERVICE**

I, hereby certify that on the 23rd day of September 2019 a true and correct copy of the foregoing *Notice* was served on the following registered ECF participant, **electronically** through the Court's ECF System at the email address registered with the Court:

U.S. Trustee (Day)
Dennis Stegner
Samuel J. Petroff                                              **/s/ Roger E. Luring**
                                                               **Roger E. Luring**