This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: October 25, 2019**

---

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | |
|---|---|
| In re:   JOHN BLAINE STONER,  *Debtor* | Case No.   18-30213<br>Adv. No.   18-3022 |
| WILLIAM FANSLOW,  *Plaintiff*<br><br>v.<br><br>JOHN BLAINE STONER,  *Defendant* | Judge Humphrey<br>Chapter 7 |

---

**Order Rescheduling Trial in Adversary Proceeding to November 12, 2019**

---

On August 5, 2019 the court entered an *Order Rescheduling Final Trial, Extending Various Filing Dates and Ordering Other Matters in Adversary Proceeding* (doc. 31), which scheduled the trial for October 29, 2019 at 9:30 a.m. Due to a scheduling conflict, the court,

with the agreement of counsel as to the new date, sua sponte reschedules the trial from October 29, 2019 at 9:30 a.m. to **November 12, 2019 at 9:30 a.m.**

**All other provisions of the court's prior scheduling order (doc. 31) remain in full force and effect.**

**IT IS SO ORDERED.**

Copies to:

Roger E. Luring (Counsel for Plaintiff William Fanslow)

Samuel J. Petroff (Counsel for the Defendant)