# LBR Form 7016–1 — Attachment B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
__WESTERN__ DIVISION

CASE NO. __18-30213__          CHAPTER __7__

ADV. PRO. NO. __18-03022__

EXHIBITS TO BE OFFERED BY __PLAINTIFF__

| DESIGNATION | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1 | Contract/Construction Agreement | | |
| 2 | Contract payment check ($130,000.00) payable to Blaine Builder's Inc | | |
| 3 | Contract payment check ($8,000.00) payable to Blaine Builder's Inc | | |
| 4 | Motion for Work Release letter from Defendant to the Court. | | |
| 5 | Deposition of Defendant John Stoner. | | |
| 6 | Affidavit of Mr. Fanslow | | |
| 7 | Text messages between Defendant and Plaintiff | | |
| 8 | Chapter 7 Petition of Blaine Builders LLC | | |
| 9 | Chapter 7 Petition of John Blaine Stoner | | |
| 10 | State of Ohio vs. Taylor; Court View, Court Records of Matthew Taylor. | | |
| 11 | Text message from John Stoner to William Fanslow dated December 18, 2017. | | |
| 12 | Pay stubs from Blaine Builder's Inc. to Matthew Taylor | | |

**USE ADDITIONAL SHEET(S) FOR ADDITIONAL EXHIBITS**

# LBR Form 7016–1 — Attachment B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
__WESTERN__ **DIVISION**

CASE NO. __18-30213__                                        CHAPTER __7__

ADV. PRO. NO. __18-03022__

EXHIBITS TO BE OFFERED BY __PLAINTIFF__

| DESIGNATION | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 13 | Email message from John Stoner to William Fanslow dated October 25, 2017. | | |
| 14 | Email message from John Stoner to William Fanslow dated November 06, 2017. | | |
| 15 | 2017 1040 Joint Tax Return of John B. Stoner and Lisa R. Stoner. | | |
| 16 | 2017 MidUSA Credit Union bank statements for Blaine Builder's Inc | | |
| 17 | Docket of case number #3:18-bk-30475, Blaine Builders LLC | | |
| 18 | Amendment to Schedules, docket number 12 | | |
| 19 | Blaine Builders LLC check number 265 | | |
| 20 | Blaine Builders LLC check number 266 | | |
| 21 | Blaine Builders LLC check number 271 | | |
| 22 | Exhibit B of Contract, shows draw schedules attached to Defendant's exhibits | | |
| | | | |
| | | | |

**USE ADDITIONAL SHEET(S) FOR ADDITIONAL EXHIBITS**