# LBR Form 7016–1 — Attachment B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
Western DIVISION

CASE NO. 18-30213

CHAPTER 7

CONTESTED MATTER ( )
ADV. PRO. NO. 18-03022

JOINT EXHIBITS TO BE OFFERED BY Defendant Debtor

| DESIGNATION | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| A | Copy of docket from Shelby County Court Case no. 18cv000212 | | |
| B | Copy of Plaintiff's Complaint from Shelby County Case No. 18CV000212 | | |
| C | Check from Blaine Builders LLC to Borkholder Building & Supply | | |
| D | Check from Blaine Builders, LLC to Taylor Group in amount of $8,000.00 | | |
| E | Check from Blaine Builders LLC to to Taylor Group in amount of $20,000.00 | | |
| F | Check from Blaine Builders LLC to To Taylor Group in amount of $20,000.00 | | |
| G | Motion for work release filed by Matthew P. Taylor in Del. County Court | | |
| H | Motion for work release filed by Matthew Taylor in Del. County Court | | |
| I | Certificate of good standing for Blaine Builders, LLC | | |
| | | | |
| | | | |
| | | | |

USE ADDITIONAL SHEET(S) FOR ADDITIONAL EXHIBITS