IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 18-30213 |
| | | Adv No. 18-3022 |
| | ) | |
| JOHN B. STONER | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor | ) | |

## WITHDRAWAL OF DOCUMENT

SAMUEL J. PETROFF, Attorney for Debtor, John B. Stoner, withdraws the document No. 51, Witness list, filed herein on November 11, 2019.

Respectfully submitted,

LAGOS & LAGOS, P.L.L.

/s/Samuel J. Petroff_____
By: SAMUEL J. PETROFF (0014983)
ATTORNEYS for Debtor
5057 Troy Road
Springfield, Ohio 45502
(937) 323-5555